UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

WILLIAM ANTHONY BOND,

    Plaintiff,

v.

LAKE COUNTY, et al,

    Defendants.

Case No. 15-cv-04079-KAW (NJV)

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of WILLIAM ANTHONY BOND, inmate no. X-1417064, presently in custody at the Sacramento County Jail, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: January 6, 2017

NANDOR J. VADAS

United States Magistrate Judge

      THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:    Head Jailor, Sacramento County Jail

      GREETINGS

WE COMMAND that you have and produce the body of WILLIAM ANTHONY BOND, inmate

no. X-1417064, in your custody in the hereinabove-mentioned institution, before the United States District Court at 450 Golden Gate Avenue in San Francisco at 9:00 a.m., on February 14, 2017, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of Bond v. Lake County, et al, and at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court.

**The Court hereby orders the United States Marshall to personally serve the following persons with a copy of this writ and with a copy of Docket No. 35:**

**1.   The Sheriff of Sacramento County**

**2.   The Head Jailor of the Sacramento County Jail, 651 I. Street, Sacramento, California**

**3.   Sacramento County Counsel, 3801 Power Inn Road, Sacramento, California**

Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: January 6, 2017

SUSAN Y. SONG

CLERK, UNITED STATES DISTRICT COURT

By: Linn Van Meter

Administrative Law Clerk

Dated: January 6, 2017

_____
NANDOR J. VADAS
United States Magistrate Judge

2