UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ANTHONY BOND,<br>    Plaintiff,<br>v.<br>PHILIPPI,<br>    Defendant. | Case No. 15-cv-04079-KAW (PR)<br>**ORDER FOR PLAINTIFF'S ATTORNEY TO SHOW CAUSE**<br>Re: Dkt. Nos. 45, 46 |

    This prisoner civil rights action filed pro se by William Anthony Bond was referred to the pro se settlement program on September 26, 2016. On February 10, 2017, attorney Ellen C. Dove filed a notice of substitution of counsel. On February 14, 2017, a settlement conference was held before Magistrate Judge Nandor Vadas. The minute entry for the conference indicates that Attorney Dove appeared for Plaintiff and Attorney Raymond Bangle III appeared for Defendant, but the case did not settle. On March 2, 2017, Magistrate Judge Vadas set a status conference for March 14, 2017. The minute entry for the status conference indicates that Attorney Dove failed to appear. A further settlement conference was set for March 29, 2017. The minute entry for the settlement conference on March 29 indicates that Attorney Dove failed to appear. On the same date, Magistrate Judge Vadas returned the case to the undersigned as the presiding judge.

    The docket does not indicate that Attorney Dove contacted anyone at the Court to explain her failure to appear at the two conferences before Magistrate Judge Vadas. Accordingly, the Court orders Attorney Dove to show cause why she failed to appear at these two conferences. Attorney Dove must also inform the Court of the scope of her representation so the Court can determine whether Plaintiff continues to be pro se for all other purposes, other than settlement.

Attorney Dove's response to the Order to Show Cause is due within seven days from the date of this Order.

IT IS SO ORDERED.

Dated: 6/9/17

KANDIS A. WESTMORE
United States Magistrate Judge