UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ANTHONY BOND, <br> Plaintiff, <br> v. <br> PHILIPPI, <br> Defendant. | Case No. 4:15-cv-04079-KAW <br><br> **ORDER TO FILE DISMISSAL WITHIN 60 DAYS; ORDER VACATING 4/10/18 CASE MANAGEMENT CONFERENCE** <br><br> Re: Dkt. No. 59 |

On March 29, 2018, the parties filed a notice of settlement. Accordingly, Plaintiff shall file a dismissal within 60 days of this order, absent any extension ordered by the Court, and the April 10, 2018 case management conference is VACATED.

IT IS SO ORDERED.

Dated: March 30, 2018

_____
KANDIS A. WESTMORE
United States Magistrate Judge